UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GEORGE, for himself and other members of the general public similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>THE TIMBERLAND COMPANY, INC; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. CV 07-01327 MMM (JWJx)<br><br>JUDGMENT FOR PLAINTIFF |

On January 25, 2008, the court issued an order preliminarily approving a proposed class settlement and preliminarily certifying a class for the purpose of giving notice.  On April 21, 2008, the court issued a final order certifying the class and approving the settlement.  On October 16, 2008, the court issued an order finding that class counsel was entitled to fees and directing the parties to file supplemental briefs.  On June 10, 2009, it issued an order awarding class counsel $46,846.25 in attorneys' fees.  Accordingly,

1

2          IT IS ORDERED AND ADJUDGED that class counsel recover $46,846.25 in attorneys'

3   fees.

4

5   DATED: June 10, 2009                    _____

6                                           MARGARET M. MORROW
                                            UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28